UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
TRUSTEES OF THE NEW YORK CITY DISTRICT      :
COUNCIL OF CARPENTERS PENSION FUND,         :
WELFARE FUND, ANNUITY FUND, AND             :        25-CV-10773 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING,      :
EDUCATIONAL AND INDUSTRY FUND et al.,       :        ORDER
                                                                    :
                              Petitioners,          :
                                                                    :
            -v-                                     :
                                                                    :
                                                                    :
UTB-UNITED TECHNOLOGY, INC,                 :
                                                                    :
                              Respondent.           :
                                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 30, 2025, Petitioners filed a petition to confirm an arbitration award.

Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary

judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

it is hereby ORDERED that Petitioners shall file and serve any additional materials with which

they intend to support their petition to confirm by **January 26, 2026**. Respondent's opposition,

if any, is due on **February 16, 2026**. Petitioners' reply, if any, is due **February 23, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon

Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 26,**

**2026**, and shall file an affidavit of such service with the court no later than **January 27, 2026**.

SO ORDERED.

Dated: January 5, 2026
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge