UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK,

25 CV 10773 (JMF)

**JUDGMENT**

Petitioners,

-against-

UTB-UNITED TECHNOLOGY, INC,

Respondent.

Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, September 25, 2025 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $59,371.93, pursuant to the Award, plus pre-judgment interest thereon from September 25, 2025 at an annual rate of 9%, totaling ___$61,685.00___,;

3. Awarding Petitioners $557.55 in costs arising out of this proceeding;

4. Awarding Petitioners $1,521.80 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
_____March 2_____, 2026

By: _____
U.S.D.J. Hon. Jesse M. Furman

The Clerk of Court is directed to close the case.

1